TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00067-CR






Zachary Jones, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT


NO. 2011046, HONORABLE FRANK W. BRYAN, JR., JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Christopher P. Morgan, is ordered to tender a brief in this cause no later than August
18, 2003. No further extension of time will be granted.

It is ordered August 7, 2003. 


Before Chief Justice Law, Justices B. A. Smith and Puryear

Do Not Publish